IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SECURE MATRIX LLC,** | |
| Plaintiff, | Civil Action No: 2:25-cv-00009-RWS-RSP |
| v. | PATENT CASE |
| **RENT-A-CENTER, INC.,** | JURY TRIAL DEMANDED |
| Defendant. | |

### [PROPOSED] ORDER GRANTING DEFENDANT UPBOUND GROUP, INC. f/k/a RENT-A-CENTER, INC.'s RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS

Before the Court is Defendant Upbound Group, Inc. f/k/a Rent-A-Center, Inc.'s Rule 12(c) Motion for Judgment on the Pleadings.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.