IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SECURE MATRIX LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**RENT-A-CENTER, INC.,**<br><br>**Defendant.** | Civil Action No: 2:25-cv-00009-RWS-RSP<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANT UPBOUND GROUP, INC. f/k/a RENT-A-CENTER, INC.'S RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Before the Court is Defendant Upbound Group, Inc. f/k/a Rent-A-Center, Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.